# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

UNDER SEAL

| | |
|---|---|
| United States of America )<br>v. )<br>Halil Falyali, )<br>Husnu Falyali, and )<br>Ozgur Demir )<br>_____ )<br>Defendant(s) | Case No. 1:15MJ371 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2011 to the present__ in the county of __N/A__ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 1956 (h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:
the defendants knowingly and unlawfully conspired to transport, transmit, or transfer monetary instruments or funds from a place in the United States to or through a place outside of the United States, knowing that the funds involved in the transfer represented the proceeds of some form of unlawful activity and knowing that such transfer was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Michael P. Ben'Ary

_Timothy D. McGrath_
Complainant's signature

Timothy D. McGrath, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/13/15

/s/
Michael S. Nachmanoff
United States Magistrate Judge
Judge's signature

The Honorable Michael S. Nachmanoff, United States Magistrate Judge
Printed name and title

City and state: Alexandria, VA