IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAR - 3 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| HALIL FALYALI, ) | CASE NO. 1:15-MJ-371 |
| ) | |
| HUSNU FALYALI ) | |
| ) | |
| and ) | |
| ) | |
| OZGUR DEMIR, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO UNSEAL
## CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT

The United States of America by and through its attorneys, Dana J. Boente, United States Attorney, Eastern District of Virginia, and Dennis M. Fitzpatrick, Assistant United States Attorney, respectfully requests that the above-captioned case, including the criminal complaint and supporting affidavit, filed on July 13, 2015, be unsealed.

This office previously requested the sealing of the complaint and related documents in order to maintain the security of an ongoing criminal investigation. It is now respectfully requested that this case be unsealed as one defendant has been arrested and another is aware of the charges against him. Although a third defendant remains a fugitive, the government sees no reason to keep this matter sealed for that defendant.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Dennis M. Fitzpatrick
Assistant United States Attorney