# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☐ Under Seal

**Judge Assigned:** LO

City: 
Superseding Indictment: 
**Criminal No.:** 1:16CR68

County: Loudon
Same Defendant: 
New Defendant: 

Magistrate Judge Case No.: 1:15MJ371
**Arraignment Date:** 

Search Warrant Case No.: 
R. 20/R. 40 From: 

**Defendant Information:**

**Defendant Name:** Halil Falyali   Alias(es):    ☐ Juvenile   FBI No.: 

Address: 

Employment: 

**Birth Date:** xx/xx/1969   **SSN:**    **Sex:** Male   Race:    **Nationality:** 

**Place of Birth:**    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos: 

☐ Interpreter   **Language/Dialect:**    Auto Description: 

**Location/Status:**

**Arrest Date:**    ☐ Already in Federal Custody as of:    in: 

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond 

**Defense Counsel Information:**

Name:    ☐ Court Appointed   Counsel Conflicts: 

Address:    ☒ Retained    

Phone:    ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Dennis Fitzpatrick   **Phone:** 703-299-3700   **Bar No.:** 44858

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC§ 1956(h) | Money Laundering Conspiracy | 1 | Felony |
| Set 2: | | | | |

**Date:** 03/14/2016   **AUSA Signature:** [signature]   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- ☐ Under Seal
- City:
- County: Loudon
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:15MJ371
- Search Warrant Case No.:

**Judge Assigned:** LO
**Criminal No.:** 1:16CR68
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

**Defendant Information:**
- **Defendant Name:** Husnu Falyali
- **Alias(es):**
- ☐ Juvenile  **FBI No.**
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1977  **SSN:**  **Sex:** Male  **Race:**  **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**  **Auto Description:**

**Location/Status:**
- **Arrest Date:**  ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
- ☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
- ☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**
- **Name:**   ☐ Court Appointed   **Counsel Conflicts:**
- **Address:**   ☒ Retained
- **Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- **AUSA(s):** Dennis Fitzpatrick   **Phone:** 703-299-3700   **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC§ 1956(h) | Money Laundering Conspiracy | 1 | Felony |
| Set 2: | | | | |

**Date:** 03/14/2016   **AUSA Signature:** [signature]

*may be continued on reverse*

## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- ☐ Under Seal
- **Judge Assigned:** LO
- **City:**
- **Superseding Indictment:**
- **Criminal No.:** 1:16CR68
- **County:** Loudon
- **Same Defendant:**
- **New Defendant:**
- **Magistrate Judge Case No.:** 1:15MJ371
- **Arraignment Date:**
- **Search Warrant Case No.:**
- **R. 20/R. 40 From:**

### Defendant Information:
- **Defendant Name:** OZGUR DEMIR
- **Alias(es):**
- ☐ Juvenile **FBI No.**
- **Address:**
- **Employment:**
- **Birth Date:** xx/xx/1975
- **SSN:**
- **Sex:** Male
- **Race:**
- **Nationality:**
- **Place of Birth:**
- **Height:**
- **Weight:**
- **Hair:**
- **Eyes:** Brown
- **Scars/Tattoos:**
- ☐ Interpreter **Language/Dialect:**
- **Auto Description:**

### Location/Status:
- **Arrest Date:**
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

### Defense Counsel Information:
- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

### U.S. Attorney Information:
- **AUSA(s):** Dennis Fitzpatrick
- **Phone:** 703-299-3700
- **Bar No.:**

### Complainant Agency - Address & Phone No. or Person & Title:

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC§ 1956(h) | Money Laundering Conspiracy | 1 | Felony |
| Set 2: | | | | |

**Date:** 03/14/2016    **AUSA Signature:** [signature]    *may be continued on reverse*