AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-CR-00068-LO-2 |
| HUSNU FALYALI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Husnu Falyali                                                                                                                .

Date:      05/25/2016                                          /s/ Steve Duckett
                                                                        *Attorney's signature*

                                                Steven L. Duckett, Jr., VSB# 41408
                                                  *Printed name and bar number*
                                                         Price Benowitz LLP
                                                         9119 Church St, #10
                                                         Manassas, VA 20110

                                                                  *Address*

                                                   Steve@pricebenowitz.com
                                                              *E-mail address*

                                                           (703) 424-5195
                                                           *Telephone number*

                                                           (571) 222-0034
                                                              *FAX number*