IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.   Case No. 1:16-CR-68

HALIL FALYALI,

and

HUSNU FALYALI,

Defendants.

ORDER

Upon Motion of the United States to dismiss the Indictment and vacate the pending Arrest Warrants in the above-captioned case, as to defendants HALIL FALYALI and HUSNU FALYALI, it is hereby ORDERED, that the Indictment against HALIL FALYALI and HUSNU FALYALI in the above-captioned case is dismissed, without prejudice, and the Arrest Warrants vacated as to defendants HALIL FALYALI and HUSNU FALYALI.

_____
The Honorable Liam O'Grady
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia

Date: March 15, 2022