IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:16-CR-68 |
| OZGUR DEMIR, | ) | |
| | ) | |
| Defendant. | ) | |

**Order**

This matter comes before the Court on the United States' Motion to Dismiss Without Prejudice Indictment and Warrant as to defendant Ozgur Demir in the above-captioned case. Upon consideration thereof, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, it is hereby

ORDERED that the United States' Motion is GRANTED as it pertains to defendant Ozgur Demir; and it is further

ORDERED that the Indictment and the Warrant stemming from the Indictment are dismissed without prejudice as to defendant Ozgur Demir only.

Date: March 26, 2024

Alexandria, Virginia

_____ /s/ _____
Rossie D. Alston, Jr.
United States District Judge